# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Michael P Shaughnessy | § | Case No. 15-11526 |
| Alexandra A Shaughnessy | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2015 . The undersigned trustee was appointed on 03/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      50,871.51

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 837.56 |
   | Bank service fees | 444.50 |
   | Other payments to creditors | 389.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 10,026.58 |

   Leaving a balance on hand of[1]      $      39,173.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/07/2015 and the deadline for filing governmental claims was 09/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,834.49 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,834.49 , for a total compensation of $ 4,834.49 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.70 , for total expenses of $ 22.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2016                By: /s/Zane L. Zielinski
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 15-11526 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Michael P Shaughnessy | | | | Date Filed (f) or Converted (c): | 03/31/2015 (f) |
| | Alexandra A Shaughnessy | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 08/16/2016 | | | | Claims Bar Date: | 08/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 363 Windham Cr Yorkville Il 60560 | 334,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank | 13,960.00 | 12,482.61 | | 12,482.59 | FA |
| 4. Household goods and furnishings, including audio, video, and | 400.00 | 0.00 | | 0.00 | FA |
| 5. 2014 Income Tax Refund Received in 2015 | 17,553.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Ford F150 146K Rough | 4,000.00 | 0.00 | | 3,000.00 | FA |
| 7. 2008 Nissan 96K Rough | 11,000.00 | 0.00 | | 7,300.00 | FA |
| 8. 2001 Honda Shadow 28K | 400.00 | 0.00 | | 900.00 | FA |
| 9. 1988 Coleman Pop Up Camper Trailer | 500.00 | 0.00 | | 1,500.00 | FA |
| 10. Post-Petition Transfer (u) | 0.00 | 12,380.92 | | 12,380.92 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12. 2015 Tax refund Recieved in 2016 (u) | Unknown | 0.00 | | 13,308.00 | FA |
| 13. IRA (u) | 14,741.80 | 0.00 | | 0.00 | FA |
| 14. Wells Fargo 401(k) (u) | 25,146.20 | 0.00 | | 0.00 | FA |
| 15. Wearing Apparel (u) | 400.00 | 400.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $422,151.00 | $25,263.53 | | $50,871.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating the sale of vehicles.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 363 Windham Cr Yorkville Il 60560 Zillow 334K Pd $306,446 |
| RE PROP # | 3 | -- | The Debtor amended schedules to the amount of $13,960. |
| RE PROP # | 4 | -- | Misc Houseehold Goods |
| RE PROP # | 5 | -- | The Debtor Transferred their 2014 tax refund to the Kendall County Treasurer. The Trustee determined there was no value in this asset because of the transfer. |
| RE PROP # | 6 | -- | 2001 Ford F150 146K Rough |
| RE PROP # | 7 | -- | 2008 Nissan 96K Rough |
| RE PROP # | 8 | -- | 2001 Honda Shawow 28K |
| RE PROP # | 9 | -- | 1988 Coleman Pop Up Camper Trailer |
| RE PROP # | 11 | -- | The Debtors used their tax refund post-petition to pay the real estate taxes. The Trustee recovered those funds as a post-petition transfer |
| RE PROP # | 12 | -- | The Trustee received these funds from a tax intercept to the IRS. The Trustee only retained $3,281.42, while the remainder was returned to the Debtor. |
| RE PROP # | 13 | -- | This was added on Debtors' amended schedules but was no intially disclosed on schedules or at 341 meeting. |

Initial Projected Date of Final Report (TFR): 03/31/2016      Current Projected Date of Final Report (TFR): 03/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-11526 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Michael P Shaughnessy | Bank Name: | Associated Bank |
| | Alexandra A Shaughnessy | Account Number/CD#: | XXXXXX4412 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2549 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/15 | 3 | Chase Bank<br>Cashier's Check from Chase Bank for Debtor's bank account | Bank Account Liquidation of Debtor's bank account | 1129-000 | $10,100.47 | | $10,100.47 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,090.47 |
| 09/28/15 | 10 | County of Kendall<br>Kendall County Collector<br>111 West Fox Road<br>Yorkville, IL 60560 | return of post-petition transfer by consent | 1249-000 | $12,380.92 | | $22,471.39 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $22,455.69 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.38 | $22,422.31 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.26 | $22,390.05 |
| 12/17/15 | | Alexandra Shaugnessy<br>Cashier's Bank from Chase Bank from Alexandra A Shaugnessy | Purchase of Vehicle | | $9,682.12 | | $32,072.17 |
| | | | Gross Receipts $9,682.12 | | | | |
| | 3 | | Chase Bank $2,382.12 | 1129-000 | | | |
| | 7 | | 2008 Nissan 96K Rough $7,300.00 | 1129-000 | | | |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.39 | $32,033.78 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.62 | $31,986.16 |
| 02/29/16 | 5001 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $30.64 | $31,955.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $32,163.51      $207.99

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski | |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank | |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.48 | $31,911.04 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.46 | $31,863.58 |
| 04/12/16 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Sale of Vehicles | | $4,794.08 | | $36,657.66 |
| | | | Gross Receipts              $5,400.00 | | | | |
| | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL | Auctioneer Expenses          ($605.92) | 3620-000 | | | |
| | 6 | | 2001 Ford F150 146K Rough   $3,000.00 | 1129-000 | | | |
| | 8 | | 2001 Honda Shadow 28K         $900.00 | 1129-000 | | | |
| | 9 | | 1988 Coleman Pop Up Camper Trailer   $1,500.00 | 1129-000 | | | |
| 04/28/16 | 5002 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | State tax return payment | 4800-000 | | $389.00 | $36,268.66 |
| 04/28/16 | 5003 | US Treasurey Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | 2015 taxes | 2810-000 | | $201.00 | $36,067.66 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.75 | $36,017.91 |
| 05/17/16 | 12 | US Treasurey | 2015 tax refund | 1224-000 | $13,308.00 | | $49,325.91 |
| 05/23/16 | 5004 | Michael P Shaughnessy and Alexandra A. Shaughnessy 363 WINDHAM CR YORKVILLE, IL  60560 | 2015 tax refund Post Petition part of 2015 Tax refund | 8500-002 | | $10,026.58 | $39,299.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*              Page Subtotals:              $18,102.08       $10,758.27

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 |
| | Checking |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.24 | $39,236.09 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.22 | $39,173.87 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,265.59 | $11,091.72 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,265.59 | $11,091.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,265.59 | $11,091.72 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                              Page Subtotals:                              $0.00            $125.46

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4412 - Checking | $50,265.59 | $11,091.72 | $39,173.87 |
|  | $50,265.59 | $11,091.72 | $39,173.87 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $605.92 |
| Total Net Deposits: | $50,265.59 |
| Total Gross Receipts: | $50,871.51 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11526  
Debtor Name: Michael P Shaughnessy  
Claims Bar Date: 8/7/2015

Date: August 16, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $4,834.49 | $4,834.49 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $22.70 | $22.70 |
| 100 2810 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Administrative | | $0.00 | $201.00 | $201.00 |
| 100 3110 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $9,225.00 | $9,225.00 |
| 100 3120 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $18.46 | $18.46 |
| 100 3410 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,716.70 | $1,716.70 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $22.69 | $22.69 |
| 100 3620 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL | Administrative | | $0.00 | $605.92 | $605.92 |
| 100 8500 | michael and Alexandra Shaughnessy | Administrative | Payment of post-petition tax refund | $0.00 | $10,026.58 | $10,026.58 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11526  
Debtor Name: Michael P Shaughnessy  
Claims Bar Date: 8/7/2015  

Date: August 16, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Unsecured | | $0.00 | $11,225.23 | $11,225.23 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $16,266.25 | $16,266.25 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $11,536.77 | $11,536.77 |
| 4 300 7100 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $10,791.27 | $10,791.27 |
| 5 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,295.73 | $1,295.73 |
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $521.57 | $521.57 |
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $2,804.23 | $2,804.23 |
| 8 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $7,159.07 | $7,159.07 |
| 400 4800 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Secured | 2015 State of Illinois Tax | $0.00 | $389.00 | $389.00 |
| | Case Totals | | | $0.00 | $88,662.66 | $88,662.66 |

Page 2                                    Printed: August 16, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11526                                                                                        Date: August 16, 2016
Debtor Name: Michael P Shaughnessy
Claims Bar Date: 8/7/2015

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11526
Case Name: Michael P Shaughnessy
   Alexandra A Shaughnessy
Trustee Name: Zane L. Zielinski

Balance on hand $ 39,173.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Illinois Department of Revenue | $ 389.00 | $ 389.00 | $ 389.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 39,173.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 4,834.49 | $ 0.00 | $ 4,834.49 |
| Trustee Expenses: Zane L. Zielinski | $ 22.70 | $ 0.00 | $ 22.70 |
| Attorney for Trustee Fees: The Law Offices of William J. Factor, LTD | $ 9,225.00 | $ 0.00 | $ 9,225.00 |
| Attorney for Trustee Expenses: The Law Offices of William J. Factor, LTD | $ 18.46 | $ 0.00 | $ 18.46 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,716.70 | $ 0.00 | $ 1,716.70 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 605.92 | $ 605.92 | $ 0.00 |
| Other: Alan D. Lasko & Associates, P.C. | $ 22.69 | $ 0.00 | $ 22.69 |
| Other: US Treasury | $ 201.00 | $ 201.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses     $     15,840.04

    Remaining Balance     $     23,333.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,600.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  37.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | $ 11,225.23 | $ 0.00 | $ 4,252.06 |
| 2 | Discover Bank | $ 16,266.25 | $ 0.00 | $ 6,161.58 |
| 3 | Discover Bank | $ 11,536.77 | $ 0.00 | $ 4,370.07 |
| 4 | Capital One Bank (Usa), N.A. | $ 10,791.27 | $ 0.00 | $ 4,087.68 |
| 5 | Capital One, N.A. | $ 1,295.73 | $ 0.00 | $ 490.82 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 521.57 | $ 0.00 | $ 197.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,804.23 | $ 0.00 | $ 1,062.23 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ 7,159.07 | $ 0.00 | $ 2,711.82 |
| | Total to be paid to timely general unsecured creditors | | $ | 23,333.83 |
| | Remaining Balance | | $ | 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE