# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Michael P. Shaughnessy and Alexandra A. Shaughnessy,** | Bankruptcy No. 14-35393 |
| | Honorable Bruce W. Black |
| Debtors. | |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #45)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 22, 2016.

Dated: August 23, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Michael P. Shaughnessy and Alexandra A. Shaughnessy**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Kimberly Bacher**   USTPRegion11.es.ecf@usdoj.gov, kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Gary L Shilts**   gshilts@earthlink.net
- **David P Lloyd**   courtdocs@davidlloydlaw.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Commerce Bank
P O Box 419248
Kcrec-10
Kansas City, Mo 64141-6248

**VIA U.S. MAIL**
Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
By American Infosource Lp As Agent
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
Capital One, N.A.
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
Michael P. Shaughnessy
Alexandra A. Shaughnessy
363 Windham Circle
Yorkville, IL 60560