IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MICHAEL P SHAUGHNESSY, | ) NO.: 15-11526 |
| ALEXANDRA A SHAUGHNESSY, | ) |
| | ) CHAPTER 7 |
| Debtors, | ) |
| | ) JUDGE: PAMELA S. HOLLIS |
| | ) (Joliet) |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON April 13, 2018 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 150 West Jefferson Street, 2nd Fl, Joliet, Illinois 60432, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on March 23, 2018, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Dana   O'Brien
*/s/Dana   O'Brien*
ARDC# 6256415

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. INTB-17-00310

## **NOTICE OF MOTION ADDRESSES**

To Trustee:  *by Electronic Notice through ECF*
Zane Zielinski
Zane Zielinski P.C.
6336 North Cicero, Suite 201
Chicago, IL 60646


To Debtor:  *Served via U.S. Mail*
Michael P Shaughnessy
Alexandra A Shaughnessy
363 Windham Circle
Yorkville, IL 60560


To Attorney:  *by Electronic Notice through ECF*
David P Lloyd, Esq.
David P. Lloyd, Ltd.
615B South LaGrange Road
LaGrange, IL 60525


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. INTB-17-00310

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MICHAEL P SHAUGHNESSY, | ) NO.: 15-11526 |
| ALEXANDRA A SHAUGHNESSY, | ) |
| | ) CHAPTER 7 |
| Debtors, | ) |
| | ) JUDGE: PAMELA S. HOLLIS |
| | ) (Joliet) |
| | ) |

## **MOTION TO REQUIRE ABANDONMENT**

NOW COMES Bayview Loan Servicing, LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, requests that the property located at 363 Windham Circle, Yorkville, Illinois 60560 be ordered abandoned by the Chapter 7 Trustee pursuant to 11 U.S.C. §554(b), stating as follows:

1. On March 31, 2015, the above captioned Chapter 7 was filed.

2. Bayview Loan Servicing, LLC services the first mortgage lien on the property located at 363 Windham Circle, Yorkville, Illinois 60560.

3. On July 29, 2015 the discharge order was entered.

4. As a Report of No Assets has not been filed, the Chapter 7 Trustee has not effectively abandoned the subject property.

5. The Chapter 7 Trustee had filed an Asset Report on October 22, 2015, indicating that the assets of the estate were a number of vehicles.

6. The Chapter 7 Trustee also indicated on said Asset Report that the property at issue, located at 363 Windham Circle, Yorkville, Illinois 60560, as "FA", or fully administered.

7. Bayview Loan Servicing, LLC requests that the court order the Chapter 7 Trustee to abandon the property pursuant to 11 U.S.C. §554(b).

WHEREFORE, Bayview Loan Servicing, LLC prays that the court enter an order requiring the abandonment of the property located at 363 Windham Circle, Yorkville, Illinois 60560, pursuant to 11 U.S.C. §554(b) of the Bankruptcy Code and for such further relief as this Honorable Court deems just.

Bayview Loan Servicing, LLC

McCalla Raymer Leibert Pierce, LLC

By: /s/Dana  O'Brien
Dana  O'Brien
Illinois Bar No. 6256415
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email: ILpleadings@mrpllc.com