UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 15-11526 |
|---|---|---|
| MICHAEL P SHAUGHNESSY,<br>ALEXANDRA A SHAUGHNESSY, | )<br>)<br>)<br>)<br>) | Chapter: 7<br>Honorable Pamela S. Hollis<br>Joliet |
| Debtor(s) | ) | |

# ORDER REQUIRING ABANDONMENT

This cause coming to be heard on the Motion to Require Abandonment, filed by Bayview Loan Servicing, LLC, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Motion is Granted. The property located at 363 Windham Circle, Yorkville, Illinois 60560 is hereby abandoned by the bankruptcy estate.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: April 13, 2018

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088

File #: INTB-17-00310