UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Michael P Shaughnessy § Case No. 15-11526
Alexandra A Shaughnessy §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 345,753.00<br>*(Without deducting any secured claims)* | Assets Exempt: 53,538.00 |
| Total Distributions to Claimants: 25,536.79 | Claims Discharged<br>Without Payment: 448,623.07 |
| Total Expenses of Administration: 15,308.14 | |

3) Total gross receipts of $ 50,871.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,026.58 (see **Exhibit 2**), yielded net receipts of $ 40,844.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 338,708.00 | $ 389.00 | $ 389.00 | $ 379.74 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,122.10 | 15,517.10 | 15,517.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | -208.96 | -208.96 | -208.96 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,472.00 | 61,600.12 | 61,600.12 | 25,157.05 |
| **TOTAL DISBURSEMENTS** | $ 412,180.00 | $ 78,902.26 | $ 77,297.26 | $ 40,844.93 |

4) This case was originally filed under chapter 7 on 03/31/2015 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __08/30/2018_____    By:/s/Zane L. Zielinski, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1988 Coleman Pop Up Camper Trailer | 1129-000 | 1,500.00 |
| 2001 Ford F150 146K Rough | 1129-000 | 3,000.00 |
| 2001 Honda Shadow 28K | 1129-000 | 900.00 |
| 2008 Nissan 96K Rough | 1129-000 | 7,300.00 |
| Chase Bank | 1129-000 | 12,482.59 |
| 2015 Tax refund Recieved in 2016 | 1224-000 | 13,308.00 |
| Post-Petition Transfer | 1249-000 | 12,380.92 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,871.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Alexandra Shaughness, michael and | Non-Estate Funds Paid to Third Parties | 8500-002 | 10,026.58 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 10,026.58** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suntrust Mortgage/Cc 5 1001 Semmes Ave Richmond, VA 23224 | | 338,708.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue | 4800-000 | NA | 389.00 | 389.00 | 379.74 |
| **TOTAL SECURED CLAIMS** | | | $ 338,708.00 | $ 389.00 | $ 389.00 | $ 379.74 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 4,834.49 | 4,834.49 | 4,834.49 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 22.70 | 22.70 | 22.70 |
| Arthur B. Levine Company | 2300-000 | NA | 30.64 | 30.64 | 30.64 |
| Associated Bank | 2600-000 | NA | 444.50 | 444.50 | 444.50 |
| US Treasury | 2810-000 | NA | 201.00 | 201.00 | 201.00 |
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 9,225.00 | 7,620.00 | 7,620.00 |
| The Law Offices of William J. Factor, LTD | 3120-000 | NA | 18.46 | 18.46 | 18.46 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,716.70 | 1,716.70 | 1,716.70 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 22.69 | 22.69 | 22.69 |
| American Auction Associates, Inc. | 3620-000 | NA | 605.92 | 605.92 | 605.92 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,122.10 | $ 15,517.10 | $ 15,517.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Income Taxes - Internal Revenue Service: US Treasury | 6810-000 | NA | -208.96 | -208.96 | -208.96 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ -208.96 | $ -208.96 | $ -208.96 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bby/Cbna 50 Northwest Point Road Elk Grove Village, IL 60007 | | 1,964.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 12,230.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 10,565.00 | NA | NA | 0.00 |
| | Citi Po Box 6497 Sioux Falls, SD 57117 | | 436.00 | NA | NA | 0.00 |
| | Commerce Bk Po Box 411036 Kansas City, MO 64141 | | 10,668.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 15,442.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 11,245.00 | NA | NA | 0.00 |
| | Empact Emergency phys LLC PO Box 366 Hinsdale, IL 60522 | | 10.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,181.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Copley Medical Group 2040 Ogden Avenue, Suite 313 Aurora, IL 60504-4714 | | 2,900.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6283 Sioux Falls, SD 57117 | | 6,831.00 | NA | NA | 0.00 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 10,791.27 | 10,791.27 | 4,407.08 |
| 1 | Commerce Bank | 7100-000 | NA | 11,225.23 | 11,225.23 | 4,584.30 |
| 2 | Discover Bank | 7100-000 | NA | 16,266.25 | 16,266.25 | 6,643.02 |
| 3 | Discover Bank | 7100-000 | NA | 11,536.77 | 11,536.77 | 4,711.53 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,804.23 | 2,804.23 | 1,145.23 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 7,159.07 | 7,159.07 | 2,923.71 |
| 5 | Capital One, N.A. | 7100-001 | NA | 1,295.73 | 1,295.73 | 529.17 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-001 | NA | 521.57 | 521.57 | 213.01 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 73,472.00 | $ 61,600.12 | $ 61,600.12 | $ 25,157.05 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-11526 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Michael P Shaughnessy | | | | | Date Filed (f) or Converted (c): | 03/31/2015 (f) |
| | Alexandra A Shaughnessy | | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 08/31/2018 | | | | | Claims Bar Date: | 08/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 363 Windham Cr Yorkville Il 60560 | 334,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank | 13,960.00 | 12,482.61 | | 12,482.59 | FA |
| 4. Household goods and furnishings, including audio, video, and | 400.00 | 0.00 | | 0.00 | FA |
| 5. 2014 Income Tax Refund Received in 2015 | 17,553.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Ford F150 146K Rough | 4,000.00 | 0.00 | | 3,000.00 | FA |
| 7. 2008 Nissan 96K Rough | 11,000.00 | 0.00 | | 7,300.00 | FA |
| 8. 2001 Honda Shadow 28K | 400.00 | 0.00 | | 900.00 | FA |
| 9. 1988 Coleman Pop Up Camper Trailer | 500.00 | 0.00 | | 1,500.00 | FA |
| 10. Post-Petition Transfer (u) | 0.00 | 12,380.92 | | 12,380.92 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12. 2015 Tax refund Recieved in 2016 (u) | Unknown | 0.00 | | 13,308.00 | FA |
| 13. IRA (u) | 14,741.80 | 0.00 | | 0.00 | FA |
| 14. Wells Fargo 401(k) (u) | 25,146.20 | 0.00 | | 0.00 | FA |
| 15. Wearing Apparel (u) | 400.00 | 400.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $422,151.00 | $25,263.53 | | $50,871.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved on September 23, 2016, but there is a dispute related to the estate's taxes.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 363 Windham Cr Yorkville Il 60560 Zillow 334K Pd $306,240 |
| RE PROP # | 3 | -- | The Debtor amended schedules to the amount of $13,960. |
| RE PROP # | 4 | -- | Misc Houseehold Goods |
| RE PROP # | 5 | -- | The Debtor Transferred their 2014 tax refund to the Kendall County Treasurer. The Trustee determined there was no value in this asset because of the transfer. |
| RE PROP # | 6 | -- | 2001 Ford F150 146K Rough |
| RE PROP # | 7 | -- | 2008 Nissan 96K Rough |
| RE PROP # | 8 | -- | 2001 Honda Shawow 28K |
| RE PROP # | 9 | -- | 1988 Coleman Pop Up Camper Trailer |
| RE PROP # | 11 | -- | The Debtors used their tax refund post-petition to pay the real estate taxes. The Trustee recovered those funds as a post-petition transfer |
| RE PROP # | 12 | -- | The Trustee received these funds from a tax intercept to the IRS. The Trustee only retained $3,281.42, while the remainder was returned to the Debtor. |
| RE PROP # | 13 | -- | This was added on Debtors' amended schedules but was no intially disclosed on schedules or at 341 meeting. |

Initial Projected Date of Final Report (TFR): 03/31/2016    Current Projected Date of Final Report (TFR): 03/31/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-11526  
Case Name: Michael P Shaughnessy  
Alexandra A Shaughnessy  
Taxpayer ID No: XX-XXX2549  
For Period Ending: 08/31/2018  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4412  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/15 | 3 | Chase Bank<br>Cashier's Check from Chase Bank for Debtor's bank account | Bank Account Liquidation of Debtor's bank account | 1129-000 | $10,100.47 | | $10,100.47 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,090.47 |
| 09/28/15 | 10 | County of Kendall<br>Kendall County Collector<br>111 West Fox Road<br>Yorkville, IL 60560 | return of post-petition transfer by consent | 1249-000 | $12,380.92 | | $22,471.39 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $22,455.69 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.38 | $22,422.31 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.26 | $22,390.05 |
| 12/17/15 | | Alexandra Shaugnessy<br>Cashier's Bank from Chase Bank from Alexandra A Shaugnessy | Purchase of Vehicle | | $9,682.12 | | $32,072.17 |
| | | | Gross Receipts  $9,682.12 | | | | |
| | 3 | | Chase Bank  $2,382.12 | 1129-000 | | | |
| | 7 | | 2008 Nissan 96K Rough  $7,300.00 | 1129-000 | | | |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.39 | $32,033.78 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.62 | $31,986.16 |
| 02/29/16 | 5001 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $30.64 | $31,955.52 |

Page Subtotals: $32,163.51  $207.99

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 |
| | Checking |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.48 | $31,911.04 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.46 | $31,863.58 |
| 04/12/16 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Sale of Vehicles | | $4,794.08 | | $36,657.66 |
| | | | Gross Receipts  $5,400.00 | | | | |
| | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL | Auctioneer Expenses  ($605.92) | 3620-000 | | | |
| | 6 | | 2001 Ford F150 146K Rough  $3,000.00 | 1129-000 | | | |
| | 8 | | 2001 Honda Shadow 28K  $900.00 | 1129-000 | | | |
| | 9 | | 1988 Coleman Pop Up Camper Trailer  $1,500.00 | 1129-000 | | | |
| 04/28/16 | 5002 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | State tax return payment | 4800-000 | | $389.00 | $36,268.66 |
| 04/28/16 | 5003 | US Treasurey Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | 2015 taxes | 2810-000 | | $201.00 | $36,067.66 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.75 | $36,017.91 |
| 05/17/16 | 12 | US Treasurey | 2015 tax refund | 1224-000 | $13,308.00 | | $49,325.91 |
| 05/23/16 | 5004 | Michael P Shaughnessy and Alexandra A. Shaughnessy 363 WINDHAM CR YORKVILLE, IL  60560 | 2015 tax refund Post Petition part of 2015 Tax refund | 8500-002 | | $10,026.58 | $39,299.33 |

| | | |
|---|---|---|
| Page Subtotals: | $18,102.08 | $10,758.27 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 |
| | Checking |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.24 | $39,236.09 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.22 | $39,173.87 |
| 09/29/16 | 5005 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $4,857.19 | $34,316.68 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($4,834.49) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($22.70) | 2200-000 | | | |
| 09/29/16 | 5006 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Distribution | | | $7,638.46 | $26,678.22 |
| | | The Law Offices of William J. Factor, LTD | Final distribution representing a payment of 100.00 % per court order. ($7,620.00) | 3110-000 | | | |
| | | The Law Offices of William J. Factor, LTD | Final distribution representing a payment of 100.00 % per court order. ($18.46) | 3120-000 | | | |
| 09/29/16 | 5007 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,716.70 | $24,961.52 |
| 09/29/16 | 5008 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $22.69 | $24,938.83 |

Page Subtotals: $0.00    $14,360.50

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 |
| | Checking |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/16 | 5009 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 1 representing a payment of 40.49 % per court order. | | 7100-000 | | $4,544.54 | $20,394.29 |
| 09/29/16 | 5010 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | | $11,256.07 | $9,138.22 |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 40.49 % per court order. | ($6,585.40) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 40.49 % per court order. | ($4,670.67) | 7100-000 | | | |
| 09/29/16 | 5011 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 40.49 % per court order. | | 7100-000 | | $4,368.85 | $4,769.37 |
| 09/29/16 | 5012 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 40.49 % per court order. | | 7100-000 | | $524.58 | $4,244.79 |
| 09/29/16 | 5013 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | | $4,244.79 | $0.00 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 6 representing a payment of 40.49 % per court order. | ($211.16) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 7 representing a payment of 40.49 % per court order. | ($1,135.29) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 8 representing a payment of 40.49 % per court order. | ($2,898.34) | 7100-000 | | | |

Page Subtotals:  $0.00    $24,938.83

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-11526 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | Michael P Shaughnessy | Bank Name: | Associated Bank | |
| | Alexandra A Shaughnessy | Account Number/CD#: | XXXXXX4412 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2549 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/31/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/17 | | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Refund of 2016 tax payment | 4800-000 | | ($9.26) | $9.26 |
| 03/07/18 | | United States Treasurey | IRS Refund Reversal<br>These funds were held by the accountant, being a review if the funds were properly sent back to the estate. | 1124-000 | $208.96 | | $218.22 |
| 03/07/18 | | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Return of IRS payment with interest | 6810-000 | | ($208.96) | $427.18 |
| 03/07/18 | | Customer Deposit | Bank entered deposit (in error) Bank provided letter explaining error.  Deposit reversed on 3/12/18. | 1290-000 | $1,000.00 | | $1,427.18 |
| 03/07/18 | | United States Treasurey | IRS Refund<br>These funds were held by the accountant, being a review if the funds were properly sent back to the estate. | 1124-000 | ($208.96) | | $1,218.22 |
| 03/08/18 | | Customer Deposit correction | web fr DDA TO DDA 002231651791 Confirmation #144503349199. Bank correction error.  This transaction was reversed on 3/13/18.  Bank provided a letter of explanation for trustee file. | 2990-000 | | $1,000.00 | $218.22 |
| 03/12/18 | | Customer Deposit | Bank entered deposit (in error) Reversal<br>Bank corrected deposit error on 3/12/18.<br>Bank provided letter for trustee's file. | 1290-000 | ($1,000.00) | | ($781.78) |
| 03/13/18 | | Customer Deposit correction | web fr DDA TO DDA 002231651791 Reversal Bank error.  Bank provided letter for trustee files. | 2990-000 | | ($1,000.00) | $218.22 |

Page Subtotals: $0.00 ($218.22)

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski, Trustee | Exhibit 9 |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank | |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/18 | | Associated Bank | Bank Fee | 2600-000 | | $52.19 | $166.03 |
| 04/23/18 | | Associated Bank | Bank Fee refund | 2600-000 | | ($52.19) | $218.22 |
| 05/18/18 | 5014 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 1 representing a payment of 0.35 % per court order. | 7100-000 | | $39.76 | $178.46 |
| 05/18/18 | 5015 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $98.48 | $79.98 |
| | | Discover Bank | Final distribution to claim 2   ($57.62) representing a payment of 0.35 % per court order. | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 3   ($40.86) representing a payment of 0.35 % per court order. | 7100-000 | | | |
| 05/18/18 | 5016 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 0.35 % per court order. | 7100-000 | | $38.23 | $41.75 |
| 05/18/18 | 5017 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $6.44 | $35.31 |
| | | Capital One, N.A. | Final distribution to claim 5   ($4.59) representing a payment of 0.35 % per court order. | 7100-001 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 6   ($1.85) representing a payment of 0.35 % per court order. | 7100-001 | | | |
| 05/18/18 | 5018 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $35.31 | $0.00 |

| | | | | Page Subtotals: | $0.00 | $218.22 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11526 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Michael P Shaughnessy | Bank Name: Associated Bank |
| Alexandra A Shaughnessy | Account Number/CD#: XXXXXX4412 |
| | Checking |
| Taxpayer ID No: XX-XXX2549 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 7 representing a payment of 0.35 % per court order. ($9.94) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 8 representing a payment of 0.35 % per court order. ($25.37) | 7100-000 | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $50,265.59 | $50,265.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,265.59 | $50,265.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,265.59 | $50,265.59 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4412 - Checking | $50,265.59 | $50,265.59 | $0.00 |
| | $50,265.59 | $50,265.59 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $605.92 |
| Total Net Deposits: | $50,265.59 |
| Total Gross Receipts: | $50,871.51 |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*